# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES PERKINS,** | ) | **CASE NO. 5:08-CV-2034** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| **v.** | ) | **JUDGMENT ENTRY** |
| | ) | |
| **SUMMIT COUNTY SHERIFF** | ) | |
| **DREW ALEXANDER, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Defendants Summit County Sheriff Drew Alexander et al.'s motion for summary judgment on Plaintiff's § 1983 claims (Doc. No. 19) is **GRANTED**. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated:    October 22, 2009

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**